IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KIM REMPE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3290 |
| | ) | |
| v. | ) | |
| | ) | |
| DEBEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by January 17, 2006, file their Report of Parties' Planning Conference.

DATED December 29, 2005.

/s/  *David L. Piester*
United States Magistrate Judge