# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KIM REMPE,** | ) | **CASE NO. 4:05-CV-03290** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **JUDGMENT** |
| | ) | |
| **DeBEY, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on Filing No. 11, a motion to dismiss, and Filing No. 12, the evidence index, which includes the parties' stipulation for dismissal. In light of Filing Nos. 11 and 12 (Exhibit 2), which is signed by all parties and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-designated action is dismissed with prejudice. Each party to pay its own costs and fees.

DATED this 6th day of March, 2006.

BY THE COURT:

s/ Warren K. Urbom

**United States Senior District Judge**

C:\Documents and Settings\EJL\Local Settings\Temp\notesA73818\024.wpd